UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH EBERLE, individually,
and DIANE JENSEN, Chapter 7 Trustee,

       Plaintiff,

                          Case No. 2:11-cv-00156-CEH-DNF

v.

NCO FINANCIAL SYSTEMS, INC.,

       Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case. However, the settlement requires bankruptcy court approval. Upon bankruptcy court approval and execution of the settlement documents, the parties will file the appropriate dismissal documents with the Court.

                         Respectfully submitted,

                         /s/ Dayle M. Van Hoose
                         Dayle M. Van Hoose, Esq.
                         Florida Bar No. 0016277
                         Kenneth C. Grace, Esq.
                         Florida Bar No. 0658464
                         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                         3350 Buschwood Park Drive, Suite 195
                         Tampa, Florida 33618
                         Telephone:   (813) 890-2463
                         Facsimile:    (866) 466-3140
                         dvanhoose@sessions-law.biz
                         kgrace@sessions-law.biz

>Attorneys for Defendant,
>NCO Financial Systems, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of June 2011, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

>David W. Fineman, Esq.
>Dellutri Law Group, PA
>1436 Royal Palm Square Boulevard
>Fort Myers, FL  33919

>/s/ Dayle M. Van Hoose
>Attorney

\\sfnfs02\prolawdocs\6947\6947-27367\Eberle, Joseph & Diane Jensen\467996.doc