UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH EBERLE, individually, and
DIANE JENSEN, Chapter 7 Trustee,

    Plaintiff,

v.                                           CASE NO. 2:11-CV-156-FTM-36-DNF

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court upon review of the file. Pursuant to a notice of settlement, on June 24, 2011, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 12). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1. This action is dismissed, with prejudice.

2. The Clerk shall enter judgment accordingly

**DONE AND ORDERED** at Fort Myers, Florida, on January 11, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY